UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1407 CAS (AGRx) | Date | April 11, 2012 |
|---|---|---|---|
| Title | ASLAN RESIDENTIAL v. CARMELITA M. CAPISTRANO, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION

## I.   INTRODUCTION & BACKGROUND

On January 13, 2012, plaintiff Aslan Residential V, LLC filed an unlawful detainer action in Los Angeles County Superior Court against *pro se* defendant Carmelita M. Capistrano.  On February 17, 2012, defendant filed a notice of removal to this Court pursuant to 28 U.S.C. § 1331.  Defendant asserts various federal defenses in her notice of removal.  See Dkt. No. 1.

## II.   DISCUSSION

The law is clear that "[u]nlawful detainer actions are strictly within the province of state court."  Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").  A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail.  McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant. Dkt. No. 1 at 37.  Defendant cannot create federal subject matter jurisdiction by adding claims or asserting defenses.  McAtee, 479 F.3d at 1145.  Accordingly,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1407 CAS (AGRx) | Date | April 11, 2012 |
|---|---|---|---|
| Title | ASLAN RESIDENTIAL v. CARMELITA M. CAPISTRANO, ET AL. | | |

defendant is hereby ORDERED to SHOW CAUSE on or before May 1, 2012, why the instant action should not be remanded for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | |