UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 12-1407 CAS (AGRx) | Date | May 4, 2012 |
|---|---|---|---|
| Title | ASLAN RESIDENTIAL v. CARMELITA M. CAPISTRANO, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (In Chambers:) ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT

**I.    INTRODUCTION**

On January 13, 2012, plaintiff Aslan Residential V, LLC filed an unlawful detainer action in Los Angeles County Superior Court against *pro se* defendant Carmelita M. Capistrano. On February 17, 2012, defendant filed a notice of removal to this Court pursuant to 28 U.S.C. § 1331. Defendant asserts various federal defenses in her notice of removal. See Dkt. No. 1.

On April 11, 2012, the Court issued an order to show cause ("OSC") why the case should not be remanded for lack of subject matter jurisdiction. The Court directed plaintiff to respond on or before May 1, 2012. As of the date of this order, plaintiff has not filed a response to the TRO.

Accordingly, the case is hereby REMANDED to the Los Angeles County Superior Court. See Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |